## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM E. BONDINELL,  : No. 750 MAL 2014
:
Petitioner  :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v.  :
:
:
:
UNEMPLOYMENT COMPENSATION  :
BOARD OF REVIEW (TEVA  :
PHARMACEUTICAL, USA),  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.